and for the reasons stated in that case the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event of the action.

NEW YORK CITY BAPTIST MISSION SOC. v. ROSS et al. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by the New York City Baptist Mission Society against Julia Ross and another. No opinion. Motion granted, with $10 costs. See 52 N. Y. Supp. 303.

NEW YORK FLEXIBLE WOOD FLOORING CO., Appellant, v. MERRITT, Respondent. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by the New York Flexible Wood Flooring Company against Arminta Merritt. No opinion. Order affirmed, without costs.

NEW YORK, L. & W. RY. CO., Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by the New York, Lackawanna & Western Railway Company against the Erie Railroad Company. No opinion. Motion denied, with $10 costs. See 58 N. Y. Supp. 1145.

NICKSON, Respondent, v. HARLEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Alfred Nickson against James Harley. No opinion. Judgment of the municipal court affirmed, with costs.

O'CONNOR, Appellant, v. BROOKLYN FERRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Anne O'Connor against the Brooklyn Ferry Company of New York. No opinion. Judgment reversed, on argument, and new trial granted, costs to abide the event.

O'DONOHUE et al., Appellants, v. CRONIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by James O'Donohue and others against John F. Cronin and another.

PER CURIAM. Order reversed, and motion granted, so far as to allow the plaintiffs to make the defendants' lessors parties to the action, upon plaintiffs paying, within 10 days, $10 costs of the application and $10 costs and disbursements of this appeal.

In re OELAND. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) In the matter of the application of Isaac R. Oeland for admission to the bar. No opinion. Application granted.

O'HERN, Respondent, v. ENGLISH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Mary O'Hern against Sarah A. English, as executrix, and Harlow D. W. English and others.

PER CURIAM. Judgment modified, by striking therefrom the provision allowing the plaintiff costs, as against Harlow D. W. English, and, as thus modified, affirmed, with costs against Sarah A. English, as executrix. Order affirmed, with $10 costs, as against Sarah A. English, as executrix.

In re 182D ST. (Supreme Court, Appellate Division, First Department. November 10, 1899.) In the matter of 182d street. No opinion. Motion denied.

O'ROURKE v. FEIST. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Minnie O'Rourke against Simon Feist. No opinion. Motion denied. See 59 N. Y. Supp. 157.

PARRISH, Appellant, v. PIERCE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Emma E. Parrish against George W. Pierce, impleaded, etc. No opinion. Judgment modified, so that the plaintiff's complaint shall stand dismissed, as to the defendant Pierce, on the merits, and, as thus modified, affirmed, with costs. All concur, except ADAMS and McLENNAN, JJ., not voting.

PARSONS et al. v. GARDNER et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Henry H. Parsons and another, as receivers, etc., against William H. Gardner, impleaded, etc. No opinion. Motion for leave to appeal to the court of appeals denied. See 59 N. Y. Supp. 463.

PARSONS et al. v. HOLLISTER et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Henry H. Parsons and another, as receivers, etc., against Granger A. Hollister, impleaded, etc. No opinion. Motion for leave to appeal to the court of appeals denied. See 59 N. Y. Supp. 463.

PARSONS et al. v. REED et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Henry H. Parsons and another, as receivers, etc., against William P. Reed, impleaded, etc. No opinion. Motion for leave to appeal to the court of appeals denied.

PARSONS et al. v. SEXTON et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Henry H. Parsons and another, as receivers, etc., against Elijah R. Sexton, impleaded, etc. No opinion. Motion for leave to appeal to the court of appeals denied. See 59 N. Y. Supp. 463.

PATTERSON, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by Annie Patterson against the Westchester Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See 49 N. Y. Supp. 796.

PEOPLE, Respondent, v. DILLON, Appellant. (Supreme Court, Appellate Division, Fourth